AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

ADVANCE SIGN GROUP, LLC,
    Plaintiff,

vs.

**JUDGMENT IN A CIVIL CASE**

OPTEC DISPLAYS INC.,
    Defendant.

CASE No. C2-07-380
**Judge Edmund A. Sargus, Jr.**
Magistrate Judge Terence P. Kemp

_X_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** A decision has been rendered by the Court.

    Pursuant to the Jury Verdict filed 03/15/2011 (Doc.#122), Judgment is hereby entered for the Plaintiff in the amount of $3,444,000.00 as to its second claim for breach of contract and in the amount of $1,029,000.00 as to its claim for tortious interference.

    This case is DISMISSED.

Date: March 16, 2011                    JAMES BONINI, CLERK

                                                   /S/ Andy F. Quisumbing
                                                   (By) Andy F. Quisumbing
                                                   Courtroom Deputy Clerk