IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ADVANCE SIGN GROUP, L.L.C.,

        Plaintiff,

v.

OPTEC DISPLAYS, INC.,

        Defendant.

Case No. 2:07-CV-380
JUDGE SARGUS
MAGISTRATE JUDGE KEMP

### ORDER

The Court has reviewed the briefing regarding Defendant's request for judgment as a matter of law on Plaintiff's tortious interference with contractual or business relationships. The matter is set for **ORAL ARGUMENT** on February 14, 2012, at 3:00 p.m. on a single issue, that being whether the record in this case establishes causation as to this claim. The Court is of the view that no further briefing is necessary.

**IT IS SO ORDERED.**

__2-6-2012__
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE