AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ADVANCE SIGN GROUP, L.L.C.,**

        **Plaintiff,**         **AMENDED JUDGMENT IN A CIVIL CASE**

**vs.**

**OPTEC DISPLAYS, INC.**         **CASE NO.  C2-07-380**
        **JUDGE EDMUND A. SARGUS, JR.**
        **Defendant.**         **MAGISTRATE JUDGE TERENCE P. KEMP**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed February 21, 2012, JUDGMENT in this case is AMENDED and $658,246.80 in prejudgment interest is added to Plaintiff's Judgment as to Count Two.**

Date: February 21, 2012         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk