# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ADVANCE SIGN GROUP, L.L.C.,**

      **Plaintiff,**        **AMENDED JUDGMENT IN A CIVIL CASE**

**vs.**

**OPTEC DISPLAYS, INC.**        **CASE NO. C2-07-380**
       **JUDGE EDMUND A. SARGUS, JR.**
      **Defendant.**        **MAGISTRATE JUDGE TERENCE P. KEMP**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed February 21, 2012, JUDGMENT in this case is AMENDED and $658,246.80 in prejudgment interest is added to Plaintiff's Judgment as to Count Two.**

Date: February 21, 2012        JAMES BONINI, CLERK

       */S/ Andy F. Quisumbing*
       (By) Andy F. Quisumbing
       Courtroom Deputy Clerk